1  Kevin R. Sutherland (State Bar No.: 163746)
   Michael A. Hession (State Bar No.: 219103)
2  CLYDE & CO US LLP
   101 Second Street, 24th Floor
3  San Francisco, California 94105                              **MADE JS-6**
   Telephone: (415) 365-9800
4  Facsimile:  (415) 365-9801
   Email:  kevin.sutherland@clydeco.us
5          michael.hession@clydeco.us

6  Attorneys for Plaintiff
   LIZTON TRADING, LIMITED
7

8                    UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11 | LIZTON TRADING, LIMITED,        ) Case No. 09-cv-02186-GW-VBK
                                     )
12 |           Plaintiff,            ) ORDER DISMISSING ENTIRE
                                     ) ACTION
13 |    vs.                          )
                                     )
14 | ATM LENDERS, LLC, et al.        )
                                     )
15 |           Defendants.           )
                                     )
16                                   )
                                     )
17

18       TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

19       WHEREAS parties hereto having stipulated and GOOD CAUSE

20 APPEARING THEREFOR,

21       IT IS HEREBY ORDERED that this action be and hereby is dismissed in its

22 entirety pursuant to FRCP Rule 41(a)(1)(ii).

23       IT IS SO ORDERED.

24 DATED:  September 27, 2010         *[signature]*

25                                    _____

26                                    HON. GEORGE H. WU
                                      United States District Court Judge
27

28

---

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION